IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARNELL HYNSON, | § | |
| | § | |
| Plaintiff Below, | § | No. 117, 2014 |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| BURNBRAE MAINTENANCE | § | C.A. No. N11C-11-142 EMD |
| ASSOCIATION, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 21, 2015
Decided: January 21, 2015

Before **HOLLAND, VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 21st day of January, 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated December 24, 2013.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice